IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-64-GCM

| | |
|---|---|
| AISSA SALEYHIMA,<br><br>       **Plaintiff,**<br><br>v.<br><br>CARMEL HILLS, CARMEL HILLS PROPERTIES, LLC, and CONNELLY JOHNSON,<br><br>       **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Edward N. Boehm,** filed February 6, 2018 (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Boehm is admitted to appear before this court *pro hac vice* on behalf of Defendants, Carmel Hills, Carmel Hills Properties, LLC, and Connelly Johnson.

**IT IS SO ORDERED.**

Signed: February 8, 2018

Graham C. Mullen
United States District Judge