**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO. 3:18-cv-64-GCM**

| | | |
|---|---|---|
| AISSA SALEYHIMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CARMEL HILLS, and CARMEL HILLS | ) | |
| PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Motion to Dismiss filed by Defendants (Doc. No. 5) and the Consent Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint filed by Defendants (Doc. No. 13).

The Court finds that the original Motion to Dismiss has been rendered moot by Plaintiff's Amended Complaint filed on March 1, 2018.

The Court also finds that Plaintiff consents to an extension of time for Defendants to respond to its First Amended Complaint and that Defendants have shown good cause for an extension. The Court will grant an additional thirty (30) days to file a responsive pleading. If Plaintiff files a Second Amended Complaint, Defendants shall respond within the time allotted by the Federal Rules of Civil Procedure.

Accordingly, the Court hereby **ORDERS**:

1. Defendants' Motion to Dismiss (Doc. No. 5) is **DENIED WITHOUT PREJUDICE.**

2. Defendants' Motion for Extension of Time (Doc. No. 13) is **GRANTED.**

3. Defendants shall have an extension of thirty (30) days to respond to Plaintiff's Amended Complaint.

**SO ORDERED.**

Signed: March 14, 2018

Graham C. Mullen
United States District Judge