**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-cv-64-GCM**

AISSA SALEYHIMA

        Plaintiff,

    V.

CARMEL HILLS, CARMEL
HILLS PROPERTIES, LLC and
CONNELLY JOHNSON

        Defendants.

**AGREED ORDER OF DISMISSAL**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff and the Defendants, as evidence by the signature of their

respective Counsel below and for good cause shown, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above captioned Complaint be

**DISMISSED WITH PREJUDICE.**

Signed: August 22, 2018

Graham C. Mullen
United States District Judge

**APPROVED FOR ENTRY:**

| | |
|---|---|
| /s/ Edward N. Boehm, Jr. | */s/ U. Wilfred Nwauwa* |
| Edward N. Boehm, Jr. | U. Wilfred Nwauwa, Esq. |
| Georgia Bar No. 183411 | NC State Bar No. 23658 |
| tboehm@fisherphillips.com | Law Offices of U. Wilfred Nwauwa |
| Fisher & Phillips LLP | 3325 Washburn Avenue |
| 1075 Peachtree Street | Suite115 |
| Atlanta, GA 30309 | Charlotte, North Carolina 28205 |
| (404)-240-4286 (T) | (704) 373-1905 (T) |
| Attorneys for Defendants | (704) 373-9322 (F) |
| | Nwauwa@netzero.com |